# **<u>EXHIBIT 1</u>**

# United States of America
### United States Patent and Trademark Office

**NYGÅRD**

**Reg. No. 3,979,204**  
**Registered June 14, 2011**  
**Int. Cls.: 9, 18, and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

NYGARD INTERNATIONAL PARTNERSHIP (CANADA PARTNERSHIP)
1771 INKSTER BLVD.
WINNIPEG, MANITOBA, CANADA R2X 1R3

FOR: OPTICAL EYEWEAR, NAMELY, EYEGLASSES AND SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-2005; IN COMMERCE 1-0-2005.

FOR: SMALL LEATHER GOODS, NAMELY, KEY CASES, WALLETS AND BRIEFCASE-TYPE PORTFOLIOS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-0-2008; IN COMMERCE 1-0-2008.

FOR: WOMEN'S CLOTHING, NAMELY, SUITS, BLAZERS, VESTS, DRESS PANTS, SWEATERS, POLO SHIRTS, T-SHIRTS, TANK TOPS, DRESS SHIRTS, CASUAL SHIRTS, JEANS, CASUAL PANTS, SHORTS, JACKETS, COATS, SWIMWEAR, BELTS, HOSIERY, HATS AND GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-0-2008; IN COMMERCE 12-0-2008.

OWNER OF U.S. REG. NOS. 2,080,489, 3,570,073, AND OTHERS.

SEC. 2(F).

SN 78-550,080, FILED 1-19-2005.

DAVID YONTEF, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office



**Reg. No. 3,690,655** NYGARD INTERNATIONAL PARTNERSHIP (CANADA PARTNERSHIP)
Registered Sep. 29, 2009 1771 INKSTER BLVD.
WINNIPEG R2X 1R3, CANADA

**Int. Cls.: 20, 21, and 24** FOR: DECORATIVE PILLOWS, CUSHIONS; CURTAIN ACCESSORIES, NAMELY, CURTAIN HOOKS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

**TRADEMARK** FIRST USE 9-0-2003; IN COMMERCE 9-0-2003.
**PRINCIPAL REGISTER**

FOR: BATH ACCESSORIES, NAMELY, SOAP DISPENSERS, SOAP DISHES, TOOTHBRUSH HOLDERS, TUMBLERS, WASTEBASKETS, AND CERAMIC TISSUE BOX COVERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 7-0-2006; IN COMMERCE 7-0-2006.

FOR: BED LINENS, NAMELY, SHEETS, PILLOW CASES, PILLOW SHAMS, BED SKIRTS, DUVET COVERS, COMFORTERS, BLANKETS, QUILTS, AND THROWS; BATH LINENS, NAMELY, TOWELS AND SHOWER CURTAINS; CURTAINS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 9-0-2003; IN COMMERCE 9-0-2003.

OWNER OF U.S. REG. NOS. 2,080,489, 2,667,459, AND 2,716,981.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HOME", APART FROM THE MARK AS SHOWN.

SN 78-714,201, FILED 9-15-2005.

NAAKWAMA ANKRAH, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Int. Cls.: 14, 18, 21, 25 and 36

Prior U.S. Cls.: 1, 2, 3, 13, 22, 23, 27, 28, 29, 30, 33, 39, 40, 41, 50, 100, 101 and 102

Reg. No. 3,570,073

United States Patent and Trademark Office    Registered Feb. 3, 2009

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



NYGARD INTERNATIONAL PARTNERSHIP (CANADA PARTNERSHIP)
1771 INKSTER BOULEVARD
WINNIPEG, CANADA R2X1R3

FOR: RUBBER OR SILICON WRISTBANDS IN THE NATURE OF A BRACELET, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 8-0-2004; IN COMMERCE 8-0-2004.

FOR: TOTE BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 8-0-2004; IN COMMERCE 8-0-2004.

FOR: PLASTIC WATER BOTTLES SOLD EMPTY, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 8-0-2004; IN COMMERCE 8-0-2004.

FOR: T-SHIRTS, SCARVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-2004; IN COMMERCE 8-0-2004.

FOR: CHARITABLE FUND RAISING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2004; IN COMMERCE 8-0-2004.

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 1337732, FILED 3-2-2007.

OWNER OF U.S. REG. NOS. 2,080,489, 2,716,981 AND OTHERS.

THE MARK CONSISTS OF THE WORD "NYGÅRD" IN STYLIZED AND CAPITALIZED BLOCK TYPE, FOLLOWED BY A RIBBON DESIGN, FOLLOWED BY THE WORDS "FOR LIFE" IN THIN TYPE WITH THE WORDS "FOR" AND "LIFE" BEING IN LOWER-CASE LETTERS WITH THE EXCEPTION OF THE "L" IN "LIFE", WHICH IS CAPITALIZED.

SER. NO. 77-975,731, FILED 8-28-2007.

AISHA SALEM, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# NYGÅRD for Life

**Reg. No. 3,730,399** NYGARD INTERNATIONAL PARTNERSHIP (CANADA PARTNERSHIP)
Registered Dec. 29, 2009 1771 INKSTER BOULEVARD
WINNIPEG, CANADA R2X1R3

**Int. Cl.: 35** FOR: PROVIDING PUBLIC AWARENESS REGARDING BREAST CANCER AND BREAST CANCER RESEARCH, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK** PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 1337732, FILED
**PRINCIPAL REGISTER** 3-2-2007, REG. NO. TMA732837, DATED 1-21-2009, EXPIRES 1-21-2024.

THE COLOR(S) PINK AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

OWNER OF U.S. REG. NOS. 2,080,489, 2,716,981 AND OTHERS.

THE MARK CONSISTS OF THE WORD "NYGÅRD" IN BLACK, IN STYLIZED AND CAPITALIZED BLOCK TYPE, FOLLOWED BY A PINK RIBBON DESIGN, FOLLOWED BY THE WORDS "FOR LIFE" IN BLACK, IN THIN TYPE WITH THE WORDS "FOR" AND "LIFE" BEING IN LOWER-CASE LETTERS WITH THE EXCEPTION OF THE "L" IN "LIFE", WHICH IS CAPITALIZED.

SER. NO. 77-266,553, FILED 8-28-2007.

MELISSA VALLILLO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,424,971
Registered May 13, 2008

## TRADEMARK
### PRINCIPAL REGISTER

## NYGÅRD SPORT

NYGARD INTERNATIONAL PARTNERSHIP (CANADA PARTNERSHIP)
1771 INKSTER BLVD.
WINNIPEG, MANITOBA, CANADA R2X 1R3

FOR: WOMEN'S CLOTHING, NAMELY, JACKETS, SKIRTS, BLOUSES, PANTS, LEGGINGS, SHORTS, PANT SUITS, SHIRTS, COATS, SWEATERS, PULLOVERS, CARDIGANS, TUNICS, HOUSECOATS, JUMPERS, JUMP SUITS, JEANS, T-SHIRTS, VESTS, TANK TOPS, KNIT TOPS, CULOTTES AND SUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

OWNER OF CANADA REG. NO. TMA559105, DATED 3-12-2002, EXPIRES 3-12-2017.

OWNER OF U.S. REG. NOS. 2,080,489, 2,667,459, AND 2,716,981.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SPORT", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "NYGARD".

SER. NO. 76-053,338, FILED 5-18-2000.

CHRISTOPHER BUONGIORNO, EXAMINING ATTORNEY

Int. Cls.: **16, 25, and 35**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, 39, 50, 100, 101, and 102**

Reg. No. **3,512,888**

## United States Patent and Trademark Office

Registered Oct. 7, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## NYGARD.COM

NYGARD INTERNATIONAL PARTNERSHIP (CANADA PARTNERSHIP)
1771 INKSTER BLVD.
WINNIPEG, MANITOBA, CANADA R2X 1R3

FOR: MAGAZINES, BROCHURES, NEWSLETTERS, AND JOURNALS ALL IN THE FIELDS OF FASHION, TECHNOLOGY AND BUSINESS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-26-2000; IN COMMERCE 3-26-2000.

FOR: WOMEN'S CLOTHING, NAMELY, JACKETS, SKIRTS, BLOUSES, PANTS, LEGGINGS, SHORTS, PANT SUITS, SHIRTS, CAMP SHIRTS, COATS, SWEATERS, PULL-OVERS, CARDIGANS, TUNICS, HOUSECOATS, JUMPERS, JUMP SUITS, GILETS, JEANS, T-SHIRTS, T-TOPS, VESTS, TANK TOPS, KNIT TOPS, CULOTTES AND SUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-26-2000; IN COMMERCE 3-26-2000.

FOR: INVENTORY CONTROL, INVENTORY TRACKING AND INVENTORY REPLENISHMENT FOR OTHERS RENDERED VIA COMPUTER, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-20-2007; IN COMMERCE 11-20-2007.

SN 75-687,196, FILED 4-20-1999.

MICHAEL W. BAIRD, EXAMINING ATTORNEY

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

United States Patent and Trademark Office

Reg. No. 3,276,120
Registered Aug. 7, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# NYGARD FASHION NETWORK (NFN)

NYGARD INTERNATIONAL PARTNERSHIP (CANADA PARTNERSHIP)
1771 INKSTER BLVD.
WINNIPEG, MANITOBA, CANADA R2X 1R3

FOR: TELEVISION AND VIDEO BROADCASTING SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 10-0-2003; IN COMMERCE 3-0-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FASHION NETWORK", APART FROM THE MARK AS SHOWN.

SN 78-337,332, FILED 12-5-2003.

KARANENDRA S. CHHINA, EXAMINING ATTORNEY