AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Jacky Jasper**
was received by me on *(date)* **August 19, 2015**

☒ I personally served the summons on the individual at *(place)* **12271 Lexington Park Drive Tampa, Fl** on *(date)* **August 20, 2015**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **August 29, 2015**

_____
Server's signature

**Carlos J Melendez**
Printed name and title

**7034 Golf Pointe Circle
Tamarac Fl 33321**
Server's address

Additional information regarding attempted service, etc: