UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PETER NYGARD, NYGARD INTERNATIONAL PARTNERSHIP, and NYGARD INC.<br><br>Plaintiffs,<br><br>v.<br><br>JACKY JASPER a/k/a SEAN MERRICK a/k/a GREG COMEAU a/k/a HOLLYWOOD STREET KING a/k/a HSK d/b/a DIARYOFAHOLLYWOODSTREETKING.COM; and JOHN or JANE DOES 1-10,<br><br>Defendants. | Case No. 8:15-cv-01939-VMC-EAJ<br><br>DECLARATION OF SEAN M. McDONOUGH IN SUPPORT OF APPLICATION FOR DEFAULT |

SEAN M. McDONOUGH hereby declares as follows:

1. I am a partner of the law firm of Wilson Elser Moskowitz Edelman & Dicker, LLP, counsel for Plaintiffs Peter Nygard, Nygard International Partnership and Nygard, Inc. ("Plaintiffs") and, as such, am fully familiar with the facts and circumstances surrounding this matter based upon the records maintained in my office.

2. I am admitted to practice law by and before the Courts of the State of Florida and before the United States District Court for the Middle District of Florida.

3. I make this Declaration in support of Plaintiffs' application for issuance of a certificate of Default by the Clerk pursuant to Fed. R. Civ. P. 55(a) and Local Rule 1.07 against Defendant Jacky Jasper a/k/a Sean Merrick a/k/a Greg Comeau a/k/a Hollywood Street King a/k/a HSK a/k/a DiaryofaHollywoodStreetKing.com ("Defendant Jacky Jasper").

4. This action was commenced on August 19, 2015 by the filing of the summons and complaint.

5. The summons was issued on August 19, 2015.

6. In accordance, Defendant Jacky Jasper was served with copies of the summons and complaint by personal service on August 19, 2015. See Exhibit A.

7. Proof of the aforementioned service was filed on October 7, 2015.

8. As of October 9, 2015, the date of this Application for a default, our search of the Court's docket reveals that Defendant Jacky Jasper has failed to answer, move or otherwise respond to the complaint. No attorney has filed a notice of appearance on behalf of Defendant Jacky Jasper nor has Defendant Jacky Jasper appeared pro se.

9. The deadline for Defendant Jacky Jasper to file an answer, motion or other responsive pleading to the complaint was September 9, 2015.

10. Upon information and belief, Defendant Jacky Jasper is not an infant, in the military, or an incompetent person.

11. The Defendant has failed to plead or otherwise defend in the above-captioned action by failing to answer or otherwise move with respect to the complaint.

12. Based on the foregoing and in compliance with Fed. R. Civ. P. 55(a) and Local Rule 1.07, Plaintiffs respectfully request that the Clerk of Court issue a Certificate of Default in this action.

Dated: October 9, 2015

Respectfully submitted,

_____
SEAN M. McDONOUGH, ESQUIRE
Florida Bar No. 896446
sean.mcdonough@wilsonelser.com
Amy L. Baker
Florida Bar No. 86912
amy.baker@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue, Suite 1200
Orlando, Florida   32801
407-203-7599 - Phone
407-648-1376 - Facsimile
Attorneys for Plaintiffs

ALB: