# Exhibit A

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jacky Jasper__

was received by me on *(date)* __August 19, 2015__

☑ I personally served the summons on the individual at *(place)* __1227 Lexington Park Drive Tampa, Fl__ on *(date)* __August 20, 2015__

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __August 29, 2015__

_____
*Server's signature*

__CARLOS J MELENDEZ__
*Printed name and title*

__7034 Golf Pointe Circle Tamarac Fl 33321__
*Server's address*

Additional information regarding attempted service, etc: