UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PETER NYGARD, NYGARD INTERNATIONAL PARTNERSHIP, and NYGARD INC.<br><br>    Plaintiffs,<br><br>v.<br><br>JACKY JASPER a/k/a SEAN MERRICK a/k/a GREG COMEAU a/k/a HOLLYWOOD STREET KING a/k/a HSK d/b/a DIARYOFAHOLLYWOODSTREETKING.COM; and JOHN or JANE DOES 1-10,<br><br>    Defendants. | **Case No. 8:15-cv-01939-VMC-EAJ**<br><br><br>**DECLARATION OF AMY L. BAKER IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

AMY L. BAKER hereby declares as follows:

1. I am an attorney in the law firm of Wilson Elser Moskowitz Edelman & Dicker, LLP, counsel for Plaintiffs Peter Nygard, Nygard International Partnership and Nygard, Inc. ("Plaintiffs") and, as such, am fully familiar with the facts and circumstances surrounding this matter based upon the records maintained in my office.

2. I am admitted to practice law by and before the Courts of the State of Florida and before the United States District Court for the Middle District of Florida.

3. I make this Declaration in support of Plaintiffs' Motion for Entry of Default Judgment against Defendant Jacky Jasper a/k/a Sean Merrick a/k/a Greg Comeau a/k/a Hollywood Street King a/k/a HSK a/k/a DiaryofaHollywoodStreetKing.com ("Defendant Jacky Jasper").

4.       This action was commenced on August 19, 2015 by the filing of the summons and complaint.

5.       The summons was issued on August 19, 2015.

6.       In accordance, Defendant Jacky Jasper was served with copies of the summons and complaint by personal service on August 20, 2015.

7.       Proof of the aforementioned service was filed on October 7, 2015.

8.       Plaintiffs applied to the Clerk for entry of default and Default was entered on October 14, 2015.

9.       No proceedings have been taken by the Defendant at any time since the filing of the Complaint. Defendant has failed to answer, move, or otherwise appear in or defend this action after having been personally served with the Summons and Complaint.

10.      Upon information and belief, Defendant Jacky Jasper is not an infant, in the military, or an incompetent person.

Dated: November 17, 2015

>                       Respectfully submitted,
>
>                       ___/s Amy L. Baker_____
>                       SEAN M. McDONOUGH, ESQUIRE
>                       Florida Bar No. 896446
>                       sean.mcdonough@wilsonelser.com
>                       AMY L. BAKER, ESQUIRE
>                       Florida Bar No. 86912
>                       amy.baker@wilsonelser.com
>                       Wilson Elser Moskowitz Edelman & Dicker LLP
>                       111 North Orange Avenue, Suite 1200
>                       Orlando, Florida   32801
>                       407-203-7599 - Phone
>                       407-648-1376 - Facsimile

                                        Attorneys for Plaintiffs

ALB: