UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PETER NYGARD, et al.,**

    Plaintiffs,

v.                                      Case No: 8:15-cv-1939-T-33EAJ

**JACKY JASPER, et al.,**

    Defendants.
_____/

### ORDER

Motion:     Plaintiffs' **Motion for Entry of Default Judgment Against Defendant**. (Dkt. 17)

Filing Date:     November 17, 2015.

Disposition:     **RULING DEFERRED**. Plaintiffs' motion does not include a Certificate of Service. On or before **November 23, 2015**, Plaintiffs shall file a certificate of service indicating the manner in which the motion has been served on Defendant Jacky Jasper ("Defendant"). Although a clerk's default has been entered against Defendant (Dkt. 14), Plaintiffs seek default judgment and notice is necessary. See Rule 5(a)(2), Fed. R. Civ. P.

**DONE AND ORDERED** in Tampa, Florida on this 18th day of November, 2015.

ELIZABETH A JENKINS
United States Magistrate Judge