UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PETER NYGARD, NYGARD INTERNATIONAL PARTNERSHIP, and NYGARD INC.

    Plaintiffs,

v.

JACKY JASPER a/k/a SEAN MERRICK a/k/a GREG COMEAU a/k/a HOLLYWOOD STREET KING a/k/a HSK d/b/a DIARYOFAHOLLYWOODSTREETKING.COM; and JOHN or JANE DOES 1-10,

    Defendants.

Case No. 8:15-cv-01939-VMC-EAJ

### PLAINTIFFS' AMENDED NOTICE OF SERVICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT ON DEFENDANT

I, Amy L. Baker, an attorney with Wilson Elser Moskowitz Edelman & Dicker LLP, attorneys for Plaintiffs PETER NYGARD, NYGARD INTERNATIONAL PARTNERSHIP, and NYGARD INC., certify that on November 23, 2015, I caused a true and correct copy of Plaintiffs' Motion for Entry of Default Judgment Against Defendant (ECF No. 17) and Declaration of Amy L. Baker in Support of Motion For Entry of Default Judgment (ECF No. 18) to be sent to Defendant via certified mail (return receipt requested) to 12271 Lexington Park Drive, Tampa, FL 33626, Defendant's last known address; and via email to jackyjasperXXX@gmail.com, jacky@hollywoodstreetking.com; and hsk@hollywoodstreetking.com.

Respectfully submitted this 23rd day of November, 2015.

                                                                            /s/Amy L. Baker

AMY L. BAKER, ESQUIRE
Florida Bar No. 86912
amy.baker@wilsonelser.com

## CERTIFICATE OF SERVICE

I certify that on **November 23, 2015**, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system. Further, I served the foregoing upon Defendant **JACKY JASPER** via certified mail to 12271 Lexington Park Drive, Tampa, FL 33626 and via email to jacky@hollywoodstreetking.com, hsk@hollywoodstreetking.com and jackyjasperXXX@gmail.com.

s/ Amy L. Baker
_____
SEAN M. McDONOUGH, ESQUIRE
Florida Bar No. 896446
sean.mcdonough@wilsonelser.com
AMY L. BAKER, ESQUIRE
Florida Bar No. 86912
amy.baker@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue, Suite 1200
Orlando, Florida   32801
407-203-7599 - Phone
407-648-1376 - Facsimile
Attorneys for Plaintiffs

ALB:ajc