UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PETER NYGARD, NYGARD INTERNATIONAL PARTNERSHIP, and NYGARD INC.<br><br>    Plaintiffs,<br><br>v.<br><br>JACKY JASPER a/k/a SEAN MERRICK a/k/a GREG COMEAU a/k/a HOLLYWOOD STREET KING a/k/a HSK d/b/a DIARYOFAHOLLYWOODSTREETKING.COM; and JOHN or JANE DOES 1-10,<br><br>    Defendant. | Case No. 8:15-cv-01939-VMC-EAJ<br><br>**PLAINTIFFS' COMPLIANCE WITH COURT'S JANUARY 4, 2016 REPORT AND RECOMMENDATION** |

Pursuant to this Court's January 4, 2016 Report and Recommendation (Dkt. # 22), Plaintiffs PETER NYGARD, NYGARD INTERNATIONAL PARTNERSHIP, and NYGARD INC. ("Plaintiffs") served a copy of the Report and Recommendation by the below means to Defendant:

1. Mailed via Certified Return Receipt Tracking No. 70140150000214660843 to Mr. Jacky Jasper, 12271 Lexington Park Drive, Tampa, FL 33626.

2. Via email correspondence to jackyjasperXXX@gmail.com, jacky@hollywoodstreetking.com, and hsk@hollywoodstreetking.com.

Respectfully submitted this
7th day of January, 2016

                                    s/ Amy L. Baker
                                    _____
                                    AMY L. BAKER, ESQUIRE
                                    Florida Bar No. 86912
                                    amy.baker@wilsonelser.com

## CERTIFICATE OF SERVICE

I certify that on **January 7, 2016**, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to all parties registered with CM/ECF for this matter.

                                          s/ Amy L. Baker
                                          _____
                                          SEAN M. McDONOUGH, ESQUIRE
                                          Florida Bar No. 896446
                                          sean.mcdonough@wilsonelser.com
                                          AMY L. BAKER, ESQUIRE
                                          Florida Bar No. 86912
                                          amy.baker@wilsonelser.com
                                          Wilson Elser Moskowitz Edelman & Dicker LLP
                                          111 North Orange Avenue, Suite 1200
                                          Orlando, Florida   32801
                                          407-203-7599 - Phone
                                          407-648-1376 - Facsimile
                                          Attorneys for Plaintiffs

ALB:ajc