UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PETER NYGARD, NYGARD INTERNATIONAL PARTNERSHIP, and NYGARD INC.<br><br>  Plaintiffs,<br><br>v.<br><br>JACKY JASPER a/k/a SEAN MERRICK a/k/a GREG COMEAU a/k/a HOLLYWOOD STREET KING a/k/a HSK d/b/a DIARYOFAHOLLYWOODSTREETKING.COM; and JOHN or JANE DOES 1-10,<br><br>  Defendants. | Case No. 8:15-cv-01939-VMC-EAJ<br><br>**DECLARATION OF AMY L. BAKER, ESQ. IN SUPPORT OF PLAINTIFFS' ATTORNEYS FEES** |

AMY L. BAKER hereby declares as follows:

1. I am an attorney in the law firm of Wilson Elser Moskowitz Edelman & Dicker, LLP and am counsel for Plaintiffs Peter Nygard, Nygard International Partnership and Nygard, Inc. ("Plaintiffs") and, as such, am fully familiar with the facts and circumstances surrounding this matter based upon the records maintained in my office.

2. I make this Declaration in support of Plaintiffs' damages in the form of attorneys' fees. Plaintiffs seek attorneys' fees as damages in this action for willful dilution of trademarks by tarnishment.

3. The total attorneys' fees sought by Plaintiffs related to this action are $43,248.50. The fees are comprised of 148.3 hours of invoiced time at attorney rates of

$225.00 per hour for associate attorneys and $370.00 per hour for partners. These fees were billed to Plaintiffs.

  4. The following is a summary of the hours billed and fees generated for each nature of activity according to the stage of the case. *See Norman v. Hous. Auth. Of Montgomery*, 836 F.2d 1292, 1303 (11th Cir. 1988).

| ACTIVITY | HOURS | FEE AMOUNT |
|---|---|---|
| **Pre- Suit Investigation** (including obtaining and investigating Defendant's offending posts re: Plaintiffs on Defendant's websites and social media accounts; webhost and social media terms of use in effort; and efforts to determine source of content) | 33.3 | $9,513.00 |
| **Pre-Suit Cease and Desist Efforts** (including preparation of takedown letters to social media accounts and webhosts; communication with social medial and webhosts concerning letters; preparation of cease and desist letters to Defendant and communications with Defendant and his counsel) | 21.6 | $6,242.50 |
| **Initial Pleadings** (including research into legal basis supporting causes of action and elements of actions, preparation of extensive factual allegations, and efforts to prepare and serve summons personally on Defendant) | 37.2 | $9,696.00 |
| **Miscellaneous Pleadings** (including preparation of notice of related cases, analysis of case management order, etc.) | 1.7 | $454.00 |
| **Default Judgment** (including legal research and preparation of application for clerk's default, and application for default judgment) | 28.9 | $8,739.00 |
| **Communications** (including communications with client and client's personal counsel, preparation of reports, and communication with national counsel) | 25.6 | $8,604.00 |
| **Total** | 148.3 | 43,248.50 |

5.     The fees charged in this matter are usual and customary for the community. I have been retained as counsel for actions involving intellectual property litigation pending in this geographic area and have been reimbursed at rates ranging from $225.00 to $425.00 per hour depending on the complexity of the intellectual property matters at issue in the litigation.  Consequently, I believe that rates of $225.00 per hour for associates and $370.00 per hour for partners are reasonable and appropriate in the instant action involving claims for trademark dilution by tarnishment, defamation and intentional infliction of emotional distress.

6.     Plaintiffs have prepared line by line fee entries for the Court's in camera inspection if the Court deems such to be necessary in making a determination of the applicable fees.  *See ACLU v. Barnes*, 168 F.3d 423, 428 (11th Cir. 1999).

Dated: February 11, 2016

                                        Respectfully submitted,

                                      s/ Amy L. Baker

                                      _____
                                      Amy L. Baker, ESQUIRE
                                      Florida Bar No. 86912
                                      amy.baker@wilsonelser.com
                                      Wilson Elser Moskowitz Edelman & Dicker LLP
                                      111 North Orange Avenue, Suite 1200
                                      Orlando, Florida   32801
                                      407-203-7599 - Phone
                                      407-648-1376 - Facsimile
                                      Attorneys for Plaintiffs

ALB:ajc