UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PETER NYGARD, NYGARD INTERNATIONAL PARTNERSHIP, and NYGARD INC.<br><br>Plaintiffs,<br><br>v.<br><br>JACKY JASPER a/k/a SEAN MERRICK a/k/a GREG COMEAU a/k/a HOLLYWOOD STREET KING a/k/a HSK d/b/a DIARYOFAHOLLYWOODSTREETKING.COM; and JOHN or JANE DOES 1-10,<br><br>Defendant. | Case No. 8:15-cv-01939-VMC-EAJ<br><br>AFFIDAVIT OF LORI T. MILVAIN IN SUPPORT OF REASONABLENESS OF PLAINTIFFS' ATTORNEY FEES |

BEFORE ME, this day personally appeared Lori T. Milvain, Esq. who being duly sworn, deposes and says that the following information is true and correct according to her knowledge and belief:

1. I am over the age of 18 and competent to make this affidavit.

2. I am a partner in the law firm of Latham, Shuker, Eden & Beaudine, LLP in Orlando, Florida. I have been a member in good standing of the Florida Bar since 1997 and am admitted to practice in the U.S.D.C., Middle District of Florida.

3. I have over 18 years of experience in intellectual property law. My experience includes prosecution of trademarks with the U.S. Patent and Trademark Office, trademark cancellation and opposition proceedings, copyright registration with the U.S. Copyright Office, intellectual property litigation and appeals, and prosecuting

and defending domain name complaints with the Internet Corporation for Assigned Names and Numbers (ICANN).

4.   I have experience litigating actions for trademark dilution similar to the allegations pled in this action. I am familiar with the usual and customary fees associated with litigating such actions.

5.   I have reviewed the attorneys' fees sought by Plaintiffs' counsel and find them to be reasonable in amount. Specifically, the amount of time spent by Plaintiffs' counsel in this action is reasonable and customary. Additionally, the hourly rates ranging from $225 per hour for associates to $370 per hour for partners is reasonable and customary for the community. I have in similar instances charged commensurable partner rates to my clients and have recovered those fees.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Lori T. Milvain, Esq.

SWORN TO AND SUBSCRIBED before me this 11th day of February, 2016, by Lori T. Milvain, who is personally known to me or produced identification _____.

Notary Public State of Florida
Becky P McKay
My Commission FF 168771
Expires 11/27/2018

Becky P. McKay
Notary Public

BECKY P. MCKAY
Notary's Printed Name
My Commission Expires: _____

2