

# PLAINTIFF'S EXHIBIT LIST

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PETER NYGARD,

    Plaintiff,

    v.

                                    Case No: 8:15-cv-1939-T-33EAJ

JACKY JASPER, et al

    Defendants.

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 2/12/2016 | 2/12/2016 | _____ | diaryofahollywoodstreetking.com's worth |
| 2 | 2/12/2016 | 2/12/2016 | _____ | diaryofahollywoodstreetking.com's worth |
| 3 | 2/12/2016 | 2/12/2016 | _____ | diaryofahollywoodstreetking.com's estimated worth and traffic analysis |
| 4 | 2/12/2016 | 2/12/2016 | _____ | web analysis of diaryofahollywoodstreetking.com |