FILED

## NOTIFICATION OF EXHIBITS TO EXHIBIT CLERK  PM 3: 25

CASE NO:  8:15-cv-1939-T-33EAJ

CASE STYLE:  PETER NYGARD v. JACKY JASPER, et al

DATE EXHIBITS PLACED IN THE EXHIBIT ROOM: 2/12/2016

TYPE OF HEARING    ☐ Motion hearing   ☐ Evidentiary hearing

☐ Change of Plea   ☐ Sentencing

☐ Jury Trial       ☐ Bench Trial

☒ Other (Type of hearing): re damages, attorney's fees, and costs

Total Number of Folders:  1

Three-ring binders: ___

Boxes: ___

Envelopes: 1

COURTROOM DEPUTY: Shameeka Teasley