UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PETER NYGARD, NYGARD INTERNATIONAL PARTNERSHIP, and NYGARD INC.<br><br>    Plaintiffs,<br><br>v.<br><br>JACKY JASPER a/k/a SEAN MERRICK a/k/a GREG COMEAU a/k/a HOLLYWOOD STREET KING a/k/a HSK d/b/a DIARYOFAHOLLYWOODSTREETKING.COM; and JOHN or JANE DOES 1-10,<br><br>    Defendants. | Case No. 8:15-cv-01939-VMC-EAJ<br><br>SUPPLEMENTAL DECLARATION OF AMY L. BAKER, ESQ. IN SUPPORT OF PLAINTIFFS' ATTORNEYS FEES AND COSTS |

AMY L. BAKER hereby declares as follows:

1.    I am an attorney in the law firm of Wilson Elser Moskowitz Edelman & Dicker, LLP and am counsel for Plaintiffs Peter Nygard, Nygard International Partnership and Nygard, Inc. ("Plaintiffs") and, as such, am fully familiar with the facts and circumstances surrounding this matter based upon the records maintained in my office.

2.    I make this supplemental declaration in support of Plaintiffs' damages in the form of attorneys' fees and costs. Plaintiffs seek attorneys' fees as damages in this action for willful dilution of trademarks by tarnishment.

3.    I previously made a declaration stating that the attorneys' fees sought by Plaintiffs in this action are $43,248.50. See dkt #28.

4.      Plaintiffs have incurred additional attorneys fees in the amount of $1,591.00 in connection with the February 12, 2016 evidentiary hearing on Plaintiffs' attorneys fees and costs.  These fees consist of 4.3 hours at my billing rate of $370.  The hours expended are broken down as follows: 3 hours of travel (1.5 hours each way between Orlando, Florida and Tampa, Florida); 0.5 hours in attendance at court for the hearing; and 0.8 hours spent in preparation of the proposed order granting Plaintiffs attorneys fees, costs, and disgorgement of profits.

5.      In addition, Plaintiffs incurred costs in the amount of $400.00 in connection with filing the instant lawsuit against Defendant.

Dated: February 24, 2016

>                               Respectfully submitted,
>
>                               s/ Amy L. Baker
>                               _____
>                               Amy L. Baker, Esquire
>                               Florida Bar No. 86912
>                               amy.baker@wilsonelser.com
>                               Wilson Elser Moskowitz Edelman & Dicker LLP
>                               111 North Orange Avenue, Suite 1200
>                               Orlando, Florida   32801
>                               407-203-7599 - Phone
>                               407-648-1376 - Facsimile
>                               Attorneys for Plaintiffs

ALB:ajc

## CERTIFICATE OF SERVICE

I certify that on **February 24, 2016**, I filed the foregoing through the CM/ECF system.  Additionally, I provided notice to the Defendant via U.S. Mail at the following address:  **JACKY JASPER**, 12271 Lexington Park Drive, Tampa, FL 33626; and via

email to the following addresses: (jacky@hollywoodstreetking.com, hsk@hollywoodstreetking.com and jackyjasperXXX@gmail.com).

          s/ Amy L. Baker

_____
SEAN M. McDONOUGH, ESQUIRE
Florida Bar No. 896446
sean.mcdonough@wilsonelser.com
AMY L. BAKER, ESQUIRE
Florida Bar No. 86912
amy.baker@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue, Suite 1200
Orlando, Florida   32801
407-203-7599 - Phone
407-648-1376 - Facsimile
Attorneys for Plaintiffs

ALB:ajc